# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JULIO CESAR RAMIREZ, Defendant. | No. 10-CR-3012-LRR **ORDER** |

On April 6, 2018, this matter came on for a detention hearing on a Petition to Revoke Supervision (Doc. 71). The Government was represented by Assistant United States Attorney Mark Tremmel. Defendant appeared personally and was represented by his attorney John Jacobsen.

For the reasons stated by the Court on the record at the time of hearing, the Court **grants** the government's request for detention. Defendant shall be detained and remain in the custody of the United States Marshal pending a final revocation of supervised release hearing before the Honorable Linda R. Reade.

**IT IS SO ORDERED** this 9th day of April, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa